# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-147-LDG-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| QUY NGUYEN, a.k.a. "Gabe", | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (p); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Quy Nguyen, aka "Gabe", to the criminal offenses, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offenses to which defendant Quy Nguyen, aka "Gabe", pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 212; Plea Agreement, ECF No. 213; Preliminary Order of Forfeiture, ECF No. 223.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 19, 2016, through September 17, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 231.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Mossberg 500A, 12-gauge shotgun, bearing serial number K888267;

2. a Mossberg 500A, 12-gauge shotgun, bearing serial number U163205;

3. a Rock River, LAR15, 5.56 caliber, semiautomatic rifle, bearing serial number KT1021354;

4. a Springfield XDM, .40 caliber semiautomatic handgun, bearing serial number MB104813;

///

      5. a Springfield Armory, 1911 A1, .45 caliber semiautomatic handgun bearing serial number NM186204;

      6. any and all ammunition; and

      7. $47,913 in United States Currency

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 31 day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE