1
2
3
4
5

ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone: (702) 476-9668
Facsimile:  (702) 462-2646
Erick.ferran@hitzkelaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * *

6
7
8
9
10
11
12
13

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

QUY NGUYEN,

                    Defendant.

CASE NO.  2:13-cr-147-LDG-GWF

**UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE (FIRST REQUEST)**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    **COMES NOW** DEFENDANT QUY NGUYEN, by and through ERICK M. FERRAN, ESQ., counsel for the Defendant, and files the instant Motion To Continue Self-Surrender Date (First Request).  The undersigned has contacted the United States Attorneys' Office, who does not oppose this motion, as set forth further herein.  Defendant has maintained excellent contact with his Pre-Trial Officer and has never been violated while on pre-trial release.  Defendant continues to excel while on Pre-Trial release, and seeks only a limited extension of the self-surrender date for the reasons set forth herein.  Defendant requests a sixty (60) day extension of his surrender date until the first week of March, 2017, for surrender to the USP Lompoc facility designated by the Bureau of Prisons.

This Motion is made and based upon all pleadings and papers filed herein, as well as the following Points and Authorities and any oral argument permitted by this Honorable Court.

**DATED** this 4th day of January, 2017

                 /s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone: (702) 476-9668
Facsimile:  (702) 462-2646
Erick.ferran@hitzkelaw.com
*Attorney for Defendant*

## POINTS AND AUTHORITIES

**I.**      **Summary of Procedural History/Plea Agreement/Sentencing**

Pursuant to a plea agreement, filed on July 11, 2016, Defendant QUY NGUYEN pled guilty to the following:  1) one count of Conspiracy to Distribute a Controlled Substance—Marijuana, in violation of 21 U.S.C. 841(a)(1),(b)(1)(C), and 846, and 2) one count of Conspiracy to Distribute a Controlled Substance, THC, in violation of 21 U.S.C. 841(a)(1), (b)(1)(C), and 846.  Pursuant to the plea agreement, any and all remaining counts against Mr. Nguyen would be dismissed.

Sentencing in this matter was set for October 13, 2016.  At the time, Mr. Nguyen received a sentence of 27 months per counts one and two, to run concurrent.  He was also sentenced to supervised release as well as certain additional conditions, including forfeiture of certain funds involved in the case.  Mr. Nguyen was ordered to surrender by January 13, 2017 to USP Lompoc.

As the Court is aware, Mr. Nguyen has been a model Defendant while on release, maintaining full-time employment, being a business owner, and in the meantime expecting his first child.  Unfortunately, Mr. Nguyen's wife recently miscarried the child, and he has been

assisting her in the aftermath of this tragedy.  Mr. Nguyen makes this one-time limited request for a brief extension of his self-surrender date in order to assist his wife, and, further, to finalize the sale of his business and his tax returns related thereto.

The undersigned has contacted the United States' Attorney's office, who does not oppose the request if the Court were to approve it.  Defendant has cooperated fully with pre-trial services, has remained trouble free, and makes this good-faith request to the Court.

## ARGUMENT

Quy Nguyen now stands before this Honorable Court having been sentenced to a custodial term of 27 months.  Mr. Nguyen has made his best efforts to comply with any directive of the Court, and any directive from Pre-Trail Services.  He has maintained full-time employment, has remained trouble-free, and has taken every step to demonstrate to this Court the substantial changes he has made to his life.

Mr. Nguyen makes the respectful request that the Court, in consideration of the totality of the circumstances here, continue his self-surrender date until any time during the week of March 6, 2017, roughly sixty (60) days from the date of his current self-surrender deadline.  Mr. Nguyen has given this Court absolutely no indication of improper delay or improper behavior; to the contrary, he has been a model candidate on pre-trial release, and has strived to change his ways.

The reasons underlying the request are simple in nature, and are set forth above.  Mr. Nguyen, who was expecting his first child, had tragedy strike when his wife lost their child.  He wishes only to assist her in her difficult time, and, further, is trying to wind up his affairs and sell a remaining business and complete any remaining tax obligations for the business.  As such, the request is made on these grounds.

The undersigned has been in contact with the Government regarding the motion, and the Government does not oppose the request if granted by the Court.  Mr. Nguyen has been in compliance with all court proceedings, with pre-trial, and has fully accepted responsibility in this case as well as the inevitably of his custodial sentence.

<u>**CONCLUSION**</u>

Quy Nguyen stands before this Honorable Court requesting a brief extension of his self-surrender date for approximately sixty (60) days, to the week of March 6, 2017.  Mr. Nguyen makes this request is good faith, and has demonstrated to this Court with an excellent pre-trial history that he is deserving of the requested extension.

DATED this 4th day of January, 2017.

    /s/ Erick M. Ferran, Esq.
ERICK M. FERRAN, ESQ.
Nevada Bar No. 9554
HITZKE & ASSOCIATES
2030 E. Flamingo Road, Suite 115
Las Vegas, NV 89119
Telephone: (702) 476-9668
Facsimile:  (702) 462-2646
Erick.ferran@hitzkelaw.com
*Attorney for Defendant*

ORDER

IT IS SO ORDERED.

DATED  this 5th day of January, 2017.

_____
Lloyd D. George
U.S. District Judge

-4-