UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>QUY NGUYEN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cr-00147-LDG-GWF-3<br><br>ORDER |

Before the Court[1] is Defendant Quy Nguyen's renewed motion for early termination of supervised release (the "Motion").[2] (ECF No. 262.) The government filed a response, indicating concurrence with the United States Probation Officer to not oppose the Motion. (ECF No. 263.) The Court agrees with Nguyen that termination of release is warranted because he has demonstrated that he is able to lawfully self-manage beyond the period of supervision, including maintaining steady employment and starting a family, and has generally followed his supervised release conditions. The Court thus finds that justice is served by granting Nguyen early termination of supervised release.

It is therefore ordered that Defendant's renewed motion for early termination of supervised release (ECF No. 262) is granted. Defendant's initial motion for early termination of supervised release (ECF No. 259) is denied as moot.

DATED THIS 22nd Day of March 2021.

　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Motion came to me in my capacity as Chief Judge.

[2] The Court denies the initial motion for early termination of supervised release (ECF No. 259) as moot.